NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Bezalel GROSSBERGER a/k/a Ben Gross,

    Plaintiff,

v.

Patrick RUANE and Marion RUANE,

    Defendants.

Civ. No. 11-3728

MEMORANDUM ORDER

THOMPSON, U.S.D.J.

    This matter has come before the Court on Plaintiff Bezalel Grossberger's Motion for Reconsideration [docket # 24], which asks the Court to reconsider its previous Memorandum Order of March 27, 2012 [23].  In its Memorandum Order, the Court denied Plaintiff's previous Motion for Reconsideration [17] that sought to have the Court review its Opinion and Order of December 14, 2011 [15, 16] dismissing the Complaint.  Pursuant to Local Civil Rule 7.1, "a motion for reconsideration shall be served and filed within 14 days after the entry of the order or judgment on the original motion by the Judge or the Magistrate Judge."  L. Civ. R. 7.1(i).  Because Plaintiff did not file the current motion until 29 days after the Court's March 27, 2012 Memorandum Order, Plaintiff's motion is untimely and will not be considered by the Court.

    Therefore, IT IS on this 7th day of May, 2012,

    ORDERED that Plaintiff's Motion for Reconsideration [24] is DENIED; and it is

    ORDERED that this case remains CLOSED.

    */s/ Anne E. Thompson*
    ANNE E. THOMPSON, U.S.D.J.

1