NOT FOR PUBLICATION

RECEIVED

MAY 14 2012

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Bezalel GROSSBERGER a/k/a Ben Gross,

Plaintiff,

v.

Patrick RUANE and Marion RUANE,

Defendants.

Civ. No. 11-3728

MEMORANDUM ORDER

THOMPSON, U.S.D.J.

This matter has come before the Court on Plaintiff Bezalel Grossberger's Motion to Reinstate the Complaint [docket # 28]. This is now Plaintiff's fourth attempt to argue the issues that were previously before the Court. In its previous Opinion and Order of December 14, 2011 [15, 16] the Court dismissed Plaintiff's Complaint. Plaintiff then filed a Motion for Reconsideration [17], which this Court rejected on March 27, 2012 [23]. Plaintiff then filed a Second Motion for Reconsideration on April 25, 2012 [24], which the Court denied as untimely filed [27]. Three days later Plaintiff filed the present motion, which is an attempt to get this Court to reconsider the arguments repeatedly presented by Plaintiff. "There is no basis for allowing a motion for re-reconsideration," *Mars, Inc. v. Coin Acceptors, Inc.*, 2006 U.S. Dist. LEXIS 75650, at *9 (D.N.J. Oct. 17, 2006), much less a motion for re-re-reconsideration.

Therefore, IT IS on this 14 day of May, 2012,

ORDERED that Plaintiff's Motion to Reinstate the Complaint [28] is DENIED; and it is

ORDERED that this case remains CLOSED.

ANNE E. THOMPSON, U.S.D.J.

1